Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
abennecoff@creditlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE COVILL, | **Case No.:** |
| Plaintiff, | **CV 2:18-cv-05210-RGK-AS** |
| v. | **NOTICE OF SETTLEMENT** |
| DIVERSIFIED CONSULTANTS, | |
| Defendant. | |

Plaintiff, Darlene Covill, by and through her undersigned counsel, hereby notifies the Court that all issues in the above matter have been settled.  The parties are in the process of exchanging settlement documents which the parties anticipate to be completed within 60 days.

RESPECTFULLY SUBMITTED,

Dated: November 20, 2018                    /s/ Amy L. Bennecoff
                                            Amy L. Bennecoff
                                            Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon all counsel of record via the CM/ECF system.


Dated: November 20, 2018          By: /s/ Amy L. Bennecoff Ginsburg
                                  Amy L. Bennecoff Ginsburg, Esq.
                                  Kimmel & Silverman, P.C.
                                  30 E. Butler Avenue
                                  Ambler, PA 19002
                                  Tel: 215-540-8888
                                  Fax: 215-540-8817
                                  aginsburg@creditlaw.com