# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARLENE COVILL,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 2:18-cv-05210-RGK-AS |
| **DIVERSIFIED CONSULTANTS, INC.,** | ) |
| **Defendant.** | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Debbie P Kirkpatrick* | */s/ Amy L. Bennecoff Ginsburg* |
| Debbie P Kirkpatrick, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Sessions Fishman Nathan and Israel LLP | Kimmel and Silverman PC |
| 1545 Hotel Circle South Suite 150 | 30 East Butler Pike |
| San Diego, CA 92108-3426 | Ambler, PA 19002 |
| Phone: 619-758-1891 | Phone: 215-540-8888 |
| Fax: 619-296-2013 | Fax: 215-540-8817 |
| Email: dkirkpatrick@sessions.legal | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| | |
| Date: April 11, 2019 | Date: April 11, 2019 |

BY THE COURT:

_____

J.

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 11th day of April, 2019:

Debbie P Kirkpatrick, Esq.
Sessions Fishman Nathan and Israel LLP
1545 Hotel Circle South Suite 150
San Diego, CA 92108-3426
Phone: 619-758-1891
Fax: 619-296-2013
Email: dkirkpatrick@sessions.legal

Harijot Khalsa, Esq.
Sessions Fishman Nathan and Israel LLP
1545 Hotel Circle South Suite 150
San Diego, CA 92108
619-758-1891
Fax: 619-296-2013
Email: hskhalsa@sessions.legal
Attorney for the Defendant

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel and Silverman PC
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 215-540-8817
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff